IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SIGNAL PEAK ENERGY LLC.,<br><br>Defendant. | CR 21-79-BLG-SPW<br><br>ORDER |

This order refers Defendant's Motion for Initial Appearance and to Change Plea (Doc. 4), pursuant to 28 U.S.C. § 636(b)(1)(B) and Rule 59(a), Fed. R. Crim. P., to United States Magistrate Judge Timothy J. Cavan for purposes of scheduling and conducting the initial appearance and change of plea hearing.

DATED this 28th day of September, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge