IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SIGNAL PEAK ENERGY LLC,<br><br>Defendant. | CR 21-79-BLG-SPW-TJC<br><br>**FINDINGS AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE** |

The Defendant, by consent, appeared before me under Fed. R. Crim. P. 11 and entered a plea of guilty to Counts I-IV of the Information which charges the crime of violation of mine health or safety standard, in violation of 30 U.S.C. § 820(d).

After examining the Defendant under oath, the Court determined:

1. That the Defendant is fully competent and capable of entering an informed and voluntary plea to the criminal offenses charged against it;

2. That the Defendant is aware of the nature of the charges against it and the consequences of pleading guilty to the charges;

3. That the Defendant fully understands its pertinent constitutional rights and the extent to which it is waiving those rights by pleading guilty to the criminal offenses charged against it; and

4.  That the Defendant's plea of guilty to the criminal offenses charged against it is knowingly and voluntarily entered, and is supported by independent factual grounds sufficient to prove each of the essential elements of the offenses charged.

The Court further concludes that the Defendant had adequate time to review the Plea Agreement with counsel, that Defendant fully understands each and every provision of the agreement and that all of the statements in the Plea Agreement are true.

Therefore, I recommend that the Defendant be adjudged guilty of the charges in Counts I-IV of the Information and that sentence be imposed.

Objections to these Findings and Recommendation are waived unless filed and served within fourteen (14) days after the filing of the Findings and Recommendation.  28 U.S.C. § 636(b)(1)(B); Fed. R. Crim. P 59(b)(2).

DATED this 7th day of October, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge