# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SIGNAL PEAK ENERGY LLC,<br><br>Defendant. | CR 21-79-BLG-SPW-TJC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

Attorney, John Sullivan, for and on behalf of the Defendant, Signal Peak Energy, LLC, appeared before U.S. Magistrate Judge Timothy J. Cavan in open court on October 7, 2021 for purposes of an initial appearance, arraignment and change of plea hearing. United States Magistrate Judge Timothy J. Cavan entered Findings and Recommendation in this matter on October 7, 2021 (Doc. 10). No objections having been filed within fourteen days thereof,

IT IS HEREBY ORDERED that Judge Cavan's Findings and Recommendations (Doc. 10) are ADOPTED IN FULL.

On October 7, 2021, this Court referred the above-captioned case to Magistrate Judge Timothy J. Cavan for all further proceedings, including

1

sentencing (Doc. 11). Judge Cavan has set this case for sentencing on January 31, 2022 at 9:00 a.m.

The clerk shall promptly notify counsel and the probation office of the entry of this Order.

DATED this 22nd day of October, 2021.

                                                  SUSAN P. WATTERS
                                                  United States District Judge